O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL LACHACZ, | CASE NO. CV 09-01148 RZ |
| Plaintiff, | |
| | JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: March 12, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE